UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA RASTELLINI, ON HER OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

    Plaintiffs,

-vs-                                    Case No. 6:08-cv-255-Orl-28GJK

AMY CHARLES, INC.,

    Defendant.

## ORDER

This case is before the Court on the Amended Joint Motion for Stipulated Judgment after Approval of Settlement Agreement to Plaintiff's Fair Labor Standards Act Claims (Doc. No. 40) filed April 13, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 16, 2009 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Stipulated Judgment after Approval of Settlement Agreement to Plaintiff's Fair Labor Standards Act Claims is granted to the extent that the Court finds the parties' settlement is fair and reasonable.

3. The Court declines to retain jurisdiction to enforce the Agreement.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of August, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party